# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES LUCARELLI, | |
| Plaintiff, | No. 3:11-CV-1388 |
| v. | (JUDGE CAPUTO) |
| CHARLES C. BROWN, JR. | (MAGISTRATE JUDGE MANNION) |
| Defendant | |

## ORDER

**NOW** this 25th day of October, 2011, upon review of the report and recommendation of Magistrate Judge Martin C. Carlson (Doc. 3) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The report and recommendation (Doc. 3) is **ADOPTED**.

(2) The Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief can be granted.

(3) The Clerk of Court is directed to mark this case **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge